**AERO PRODUCTS INTERNATIONAL, INC. and Robert B. Chaffee, Plaintiffs–Appellees,**

v.

**INTEX RECREATION CORP., Quality Trading, Inc., and Wal–Mart Stores, Inc., Defendants–Appellants.**

No. 05–1448, 05–1474.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2005.

*ORDER*

Upon consideration of Intex Recreation Corp. et al.'s unopposed motion to volun-

tarily dismiss their appeals 05–1448, –1474 of the May 11, 2005 and June 9, 2005 decisions of the United States District Court for the Northern District of Illinois in *Aero Products v. Intex Recreation*, No. 02–CV–2590,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss 05–1448, –1474 is granted.

(2) Each side shall bear its own costs.